

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00157-CV

**THE TRILATERAL GROUP, LLC,**

**Appellant**

**v.**

**MARY VALADEZ AND BANK OF AMERICA, NA,**

**Appellees**

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2017-498-4**

## MEMORANDUM OPINION

Appellant, The Trilateral Group, LLC, filed its notice of appeal on May 10, 2017, challenging the trial court's Agreed Final Judgment signed on March 27, 2017.[1] The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. On June 6, 2017, we sent a letter explaining that the docketing statement must be filed and warning that

---

[1] Pursuant to Texas Rule of Appellate Procedure 26.1, appellant's notice of appeal was due on April 26, 2017. *See* TEX. R. APP. P. 26.1. However, appellant concurrently filed its notice of appeal and a motion for extension of time. We granted appellant's motion for extension of time and considered appellant's notice of appeal timely filed.

the Court would dismiss the appeal if a docketing statement was not filed within twenty-one days.  *See id.* at R. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement.  Accordingly, we dismiss this appeal.  *See id.* at R. 32.1, 42.3(c); *see also Hensley v. W.M. Specialty Mortgage, LLC*, 2005 Tex. App. LEXIS 9614, at **1-2 (Tex. App.—Waco Nov. 16, 2005, no pet.) (mem. op.) (dismissing a case for failure to file a docketing statement).



                    AL SCOGGINS
                    Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 19, 2017
[CV06]

